JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 639 -- In re Accident Aboard M.V. WELTEVREDEN (~~WETTEVREDEN~~) On August 10, 1982

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/03/22 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- pltf. John Lafferty w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: D. New Jersey -- SUGGESTED TRANSFEREE JUDGE: Honorable Mitchell H. Cohen (ds) |
| 85/04/01 | | APPEARANCE -- MAURICE J. MALEY, JR., ESQ. for South African Marine Corp., Ltd.  (ds) |
| 85/04/04 | | APPEARANCES -- JOHN J. SPENCE, JR., ESQ. for Fidelity Ship Ceiling Co. and ROBERT B. WHITE, JR., ESQ. for Gulf Stevedoring Co.  (ds) |
| 85/04/11 | | HEARING ORDER -- Setting motion for transfer of A-3 for Panel hearing in Wash., D.C. on May 16, 1985  (ds) |
| 85/04/08 | 2 | RESPONSE/MEMORANDUM -- deft. Gulf Stevedore Corp. w/cert. of svc.  (ds) |
| 85/04/19 | | APPEARANCE -- DAVID M. MAYFIELD, ESQ. for Egan Marine Contracting Co., Inc.  (ds) |
| 85/04/23 | 3 | LETTER CORRECTING SPELLING OF VESSEL (should be M.V. WELTEVREDEN) -- pltf. John Lafferty -- signed by Stanley B. Gruber (cds) |
| 85/05/02 | | APPEARANCE -- STANLEY B. GRUBER, ESQ. for John Lafferty  (rh) |
| 85/05/16 | | WAIVERS OF ORAL ARGUMENT:  ALL WAIVED  (cds) |
| 85/05/21 | | ORDER DENYING TRANSFER -- Notified involved judges, clerks, counsel and misc. recipients (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 639 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ACCIDENT ABOARD M.V. ~~WETEVREDEN~~ *WELTEVREDEN* ON AUGUST 10, 1982

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| May 16, 1985 | 5/21/85 | MO (Denied) | | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 639 --- In re Accident Aboard M.V. ~~WELTEVREDEN~~ **WELTEVREDEN** on August 10, 1982

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | John Lafferty v. South African Marine Corp. Ltd., et al | D.N.J. Cohen | 83-4098(C) | | | | |
| A-2 | John Lafferty v. Fidelity Ship Ceiling Co. | D.N.J. Cohen | 84-3170(C) | | | | |
| A-3 | John Lafferty v. Gulf Stevedoring Co. | E.D.La. Duplantier | 84-6130 Sec.H Mag.4 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 639 -- In re Accident Aboard M.V. WELTEVREDEN on August 10, 1982

JOHN LAFFERTY (A-1 thru A-3)
Stanley B. Gruber, Esquire
Sovel and Gruber
109 Haddon Avenue
Haddonfield, New Jersey

SOUTH AFRICAN MARINE CORP., LTD.
Maurice J. Maley, Jr., Esquire
Krusen, Evans and Byrne
9 Tanner Street
Post Office Box 178
Haddonfield, New Jersey 08033

EGAN MARINE CONTRACTING CO., LTD.
David M. Mayfield, Esquire
Martin, Cranshaw & Mayfield
320 Sentry Office Plaza
216 Haddon Avenue
Westmont, New Jersey 08108

FIDELITY SHIP CEILING CO.
John J. Spence, Jr., Esquire
16 Wilkins Avenue
Haddonfield, New Jersey 08033

GULF STEVEDORING CO.
Robert B. White, Jr., Esquire
Rawle & Henderson
211 S. Broad Street
Philadelphia, Pennsylvania 19107

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 639 -- In re Accident Aboard M.V. WELTEVREDEN on August 10, 1982

| Name of Party | Named as Party in Following Actions |
|---|---|
| South African Marine Corp., Ltd. | A-1 |
| Egan Marine Contracting Co., Ltd. | A-1 |
| Fidelity Ship Ceiling Co. | A-2 |
| Gulf Stevedoring Co. | A-3 |