JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 21 1985

PATRICIA D. H_____
CLERK OF THE PANEL

DOCKET NO. 639

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ACCIDENT ABOARD M/V WELTEVREDEN ON AUGUST 10, 1982

ORDER DENYING TRANSFER

This litigation presently consists of three actions pending in two federal districts: one action in the Eastern District of Louisiana and two actions in the District of New Jersey. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by plaintiff in all three actions to transfer the Louisiana action to the District of New Jersey for coordinated or consolidated pretrial proceedings with the actions pending there. The Louisiana defendant opposes transfer.

On the basis of the papers filed,[1] the Panel finds that Section 1407 transfer would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969). Suitable alternatives to Section 1407 transfer, such as filing or cross-filing notices for a particular deposition in all actions, are available to the parties.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to centralize the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1] The parties waived oral argument and accordingly the question of transfer in this docket was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

<u>MDL-639 -- In re Accident Aboard M/V WELTEVREDEN on August 10, 1982</u>

<u>Eastern District of Louisiana</u>

<u>John Lafferty v. Gulf Stevedoring Co.</u>,
  <u>C.A. No. 84-6130 Sec.H Mag.4</u>

<u>District of New Jersey</u>

<u>John Lafferty v. South African Marine Corp., Ltd., et al.</u>,
  <u>C.A. No. 83-4098(C)</u>
<u>John Lafferty v. Fidelity Ship Ceiling Co.</u>
  <u>C.A. No. 84-3170(C)</u>